FILED IN THE
U.S. DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

Sep 20, 2022

SEAN F. McAVOY, CLERK

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| P.S., a minor child, by and through JENNIKA HILL, her parent and guardian,<br><br>            Plaintiffs,<br><br>      v.<br><br>GRAND COULEE DAM SCHOOL DISTRICT; and the following individuals in their official capacities: PAUL TURNER (Superintendent); KIRK MARSLAIN (Principal); SARA KENNEDY (Faculty); MARK VINCIGUERRA (Faculty); and board members of GCDSD: RICH BLACK, CARLA MARCONI, KEN STANGER, ALEX TUFTS, and GEORGE LAPLACE,<br><br>            Defendants. | No. 2:21-CV-00266-SAB<br><br>**ORDER DENYING MOTION TO AMEND SCHEDULING ORDER** |

Before the Court is the parties' Stipulated Motion to Amend Scheduling Order, ECF No. 12. The motion was considered without oral argument.

**ORDER DENYING MOTION TO AMEND SCHEDULING ORDER** # 1

The parties stipulate and request that the Court extend their trial date and associated case deadlines because they need additional time to conduct discovery. However, the parties do not provide any details regarding (1) what actions they have already taken to conduct discovery; and (2) what discovery is outstanding and why it cannot completed by the current deadlines. Additionally, the parties agreed to the trial date at the March 24, 2022 scheduling conference, ECF No. 10, but have offered no reasons why that agreed trial date is no longer acceptable. Thus, because the parties have not shown good cause to amend the scheduling order, the Court denies the motion.

Accordingly, **IT IS HEREBY ORDERED:**

1. The parties' Stipulated Motion to Amend Scheduling Order, ECF No. 12, is **DENIED**.

**IT IS SO ORDERED**. The District Court Clerk is hereby directed to enter this Order and to provide copies to counsel.

**DATED** this 20th day of September 2022.



_____
Stanley A. Bastian
Chief United States District Judge

**ORDER DENYING MOTION TO AMEND SCHEDULING ORDER** # 2